RICH'S BACKHOE SERVICES, INC., *Appellant*, v. JEAN POPE, ET AL, *Defendants*, SELECT HOMES, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-11166-9, Carol A. Schapira, J., entered

December 21, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J., concurred in by Baker, A.C.J., and Becker, J.